UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| BROOKE BRYANT, | Civil Case No. 1:24-cv-05292-ER |
| Plaintiff, | |
| - against - | [PROPOSED] **DEFAULT JUDGMENT** |
| LAURENCE A. PAGNONI & ASSOCIATES, INC.; NPI STRATEGIES LLC; and MICHAEL TAYLOR, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This action having been commenced on July 12, 2024, by the filing of the Summons and Complaint. A copy of the Summons and Complaint was served on Defendant Laurence A. Pagnoni & Associates, Inc. on July 16, 2024, by personal service on the New York State Secretary of State at 99 Washington Avenue, 6th Floor, Albany, New York 12210; on Defendant NPI Strategies LLC on July 16, 2024, by personal service on the New York State Secretary of State at 99 Washington Avenue, 6th Floor, Albany, New York 12210; and on Defendant Michael Taylor on July 18, 2024, by personal service on Michael Taylor at 697 West End Avenue, Apt. 13-C, New York, New York 10025. A proof of service for each Defendant having been filed on July 23, 2024 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the liquidated amount of $156,877.06.

2

Dated: New York, New York
     January 13, 2025

                                            Edgardo Ramos, U.S.D.J.