UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKE BRYANT,

Plaintiff,

*-against-*

LAURENCE A. PAGNONI & ASSOCIATES, INC., NPI STRATEGIES LLC, *and* MICHAEL TAYLOR,

Defendants.

**ORDER**

24-CV-05292 (ER)

RAMOS, D.J.:

On July 12, 2024, Brooke Bryant filed a complaint against Laurence A. Pagnoni & Associates, Inc., NPI Strategies LLC, and Michael Taylor (together, "Defendants"). Doc. 1. Proof of service for each of the Defendants was filed on July 23, 2024, Docs. 7–9, but the Defendants did not answer the Complaint. On January 13, 2026, the Court entered default judgment against the Defendants in the liquidated amount of $156,877.06. Doc. 31. Accordingly, the clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: October 19, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.